# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

**McALLEN DIVISION**

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **CRIMINAL COMPLAINT** |
| Rodrigo CASTILLO-Jimenez | Case Number: M-19-2862-M |
| AKA: | |
| IAE    YOB: 1992 | |
| Mexico | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 17, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326(a)(b) (Felony)**

I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On November 17, 2019, Rodrigo CASTILLO-Jimenez a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on November 20, 2019. Record checks revealed the defendant was deported, excluded or removed from the United States to Mexico on December 29, 2017 via Hidalgo, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On September 26, 2016, the defendant was convicted of 8 USC 1326 (a)(b) Being Found in the U.S. After Previous Deportation and sentenced to twenty one (21) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint approved by AUSA _Mike Nettell_

11/21/19

Sworn to before me and subscribed in my presence,

**Signature of Complainant**

**Armando Perez**     **Deportation Officer**
Printed Name and Title of Complainant

November 21, 2019 — 8:26 c.m.      at **McAllen, Texas**
**Date**      City and State

**Juan F. Alanis**     **U.S. Magistrate Judge**
Name and Title of Judicial Officer     Signature of Judicial Officer